## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

JAMES JONES,

Plaintiff,

v.

ARK MULTISPECIALTY PHYSICIANS,
PLLC; and JOANNA SATTAR,

Defendants.

_____/

Civil Action 24-10642

Hon. F. Kay Behm

Mag. Curtis Ivy, Jr.

## ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

**THIS MATTER** having come before the Court on Plaintiff's Motion for Voluntary Dismissal and having received and considered written notice of consent from the United States, the Court orders the following:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Voluntary Dismissal is **GRANTED**.

**IT IS FURTHER ORDERED** that, as to Plaintiff, this matter is dismissed **WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, as to the United States, this matter is dismissed **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Date: February 6, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge